RECEIVED
APR - 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOE WASHINGTON<br>      LA. DOC #87827<br>VS. | CIVIL ACTION NO. 09-1432<br><br>SECTION P<br><br>JUDGE DOHERTY |
| OFFICER YVETTE, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and that plaintiff's claims arising under Louisiana law be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ____ day of _April_____, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE